## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 04, 2025

Panagiotis V. Albanis
Morgan & Morgan, PA
12800 UNIVERSITY DR STE 600
FORT MYERS, FL 33907-5349

Josh Autry
Morgan & Morgan
333 W VINE ST STE 1200
LEXINGTON, KY 40507

Adam Bergeron
Law Office of Adam Bergeron
32 HELEN AVE
SOUTH BURLINGTON, VT 05403

Eitan Goldrosen
Morgan & Morgan, PA
20 N ORANGE AVE STE 1600
ORLANDO, FL 32801

Shawn Kenneth Jarecki
Law Office of Shawn Jarecki
263 MUSIC MOUNTAIN RD
STOCKBRIDGE, VT 05772

Joshua Dustin Moore
Morgan & Morgan, PA
20 N ORANGE AVE STE 1600
ORLANDO, FL 32801

Frank M. Petosa
Morgan & Morgan, PA
8151 PETERS RD STE 4000
PLANTATION, FL 33324

Michael F. Ram

Morgan & Morgan Complex Litigation Group
711 VAN NESS AVE STE 500
SAN FRANCISCO, CA 94102

Rene F. Rocha III
Morgan & Morgan Complex Litigation Group
400 POYDRAS ST STE 1515
NEW ORLEANS, LA 70130

Jennifer Nichole Winn
Morgan & Morgan
111 2ND AVE NE STE 1600
ST PETERSBURG, FL 33701

Appeal Number: 24-12047-HH
Case Style: Arthur Anderson v. Lockheed Martin, et al
District Court Docket No: 6:21-cv-01363-RBD-DCI

The jurisdictional question(s) earlier raised will be carried with the case.

Appellee's brief is due 30 days from the date of this letter.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

JUR-2 JQ carried with case