In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 24-12047

_____

VERVICIA HENDERSON, et al.,
on behalf of herself and as personal representative
of Craig Henderson,

Plaintiffs,

ARTHUR ANDERSON,
ELIZABETH BRACKETT,
JUSTIN BRUNELLE,
MEREDITH BRUNELLE,
ANDREW EBERT, et al.,

Plaintiffs-Appellants,

*versus*

LOCKHEED MARTIN CORPORATION,
UNIVERSAL CITY PROPERTY MANAGEMENT
COMPANY III, LLC,

2                      Order of the Court                  24-12047

                                              Defendants-Appellees,

NBCUNIVERSAL MEDIA, LLC, et al.,

                                                        Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:21-cv-01363-RBD-DCI

_____

Before ROSENBAUM, and BRASHER, Circuit Judges.

BY THE COURT:

The appellants seek review of the district court's March 18, 2024, order excluding expert testimony and granting summary judgment in part in favor of the defendants and against the appellants, which it certified for immediate appellate review under Federal Rule of Civil Procedure 54(b). This is a toxic tort case where over sixty plaintiffs claim that exposure to toxic chemicals used at Lockheed Martin Corporation's Orlando weapons manufacturing facility caused their particular illness or illnesses. Some of the named plaintiffs in this case still have claims pending.

We issued a jurisdictional question about whether the district court's certification of a final judgment under Rule 54(b) was

24-12047                    Order of the Court                    3

proper. After considering the responses, we CARRY WITH THE CASE any issues regarding the propriety of the district court's Rule 54(b) certification. A final determination regarding any jurisdictional issues will be made by the panel to which the appeal is submitted after briefing on the merits. The parties may further address any jurisdictional issues in their briefs as they deem appropriate.